Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
09/13/2019
JULIA C. DUDLEY, CLERK
BY: s/ F. COLEMAN
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

Michelle Julia-Ruth Snyder Cannella
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 6:19cv00065
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

Holding on to deceased family member (2015)
Personal body damage
Storm Riding
Cigsmoker, Grey Pill Demon
Death Demon, Heroin User

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Michelle Julia-Ruth Snyder Cannella
Street Address: 409 Magnolia
City and County: Lynchburg
State and Zip Code: VA
Telephone Number: 344-3584 message if I'm most likely Room return call in
E-mail Address: ~~mscannella@gmail.com~~ ~~mscannellausa@gmail.com~~ MScannellaUSA@gmail.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

~~Defendant No. 1~~ Plaintiff

- Name: Michelle Julia-Ruth Snyder
- Job or Title (if known): DEA - agent - Federal person
- Street Address: 409 Magnolia Ave
- City and County: Lynchburg
- State and Zip Code: VA
- Telephone Number: 344-3584
- E-mail Address (if known): N/A

Witness | Plaintiff ~~Defendant No. 2~~

- Name: 2018 State Caseworker (Lady
- Job or Title (if known): Caseworker Social Services
- Street Address: 99 9th St
- City and County: Lynchburg
- State and Zip Code: VA
- Telephone Number: (434) 455-5850
- E-mail Address (if known): N/A

Kid Witness ~~Plaintiff Defendant No. 3~~

Michelle Lynn Grube
Kaylor Grube
John Michael Cennelle Jr
Elizabeth Stephenie Grube

- Name: Brother - Sister, Kids
- Job or Title (if known): work for there (selfes) son Private
- Street Address:
- City and County: Lynchburg
- State and Zip Code: VA
- Telephone Number: unable to believe that
- E-mail Address (if known): N/A

~~Still~~ ~~Plaintiff State~~ ~~Defendant No. 4~~
Officer
~~Look~~

- Name: Officer Craft
- Job or Title (if known): federal police department
- Street Address: un known
- City and County: Lynchburg
- State and Zip Code: VA
- Telephone Number: 434-1866-488-8554
- E-mail Address (if known): N/A

Pl ~~Defendant~~ 5 or Plaintiff

Louis Paul Snyder (Lou) ) Private
Charles Joseph Snyder ) address
~~George~~ Joseph lane

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Broke my constitution Rights — Privacy act speaking for myself on attempted murder and terrorism case Racial case*

**B. If the Basis for Jurisdiction Is Diversity of Citizenship** No

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* Michelle Julia Ruth Snyder-cannella is a citizen of the State of *(name)* Virginia

   b. If the plaintiff is a corporation USA DeA women

      The plaintiff, *(name)* American women, is incorporated under the laws of the State of *(name)* Michelle Julia Ruth Snyder cannella and has its principal place of business in the State of *(name)* United States Citizen

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* Ruth Deag, is a citizen of the State of *(name)* VA. Or is a citizen of *(foreign nation)* Peru

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I, Michelle Julia-Ruth Snyder Cannella plaintiff that rights were violated. 1.) United States Shield was Broken. Permanent Shield I was a demon free woman and shielded permanent for whole life previse court order permanent on Demon Federal 3 yrs approx 2010 to 2014 3 straight yrs of court cease

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff         _____
Printed Name of Plaintiff      _____

### B. For Attorneys

Date of signing: _____

Signature of Attorney          _____
Printed Name of Attorney       _____
Bar Number                     _____
Name of Law Firm               _____
Street Address                 _____
State and Zip Code             _____
Telephone Number               _____
E-mail Address                 _____