IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| MICHELLE JULIA-RUTH SNYDER CANNELLA,<br><br>*Plaintiff,*<br><br>v.<br><br>RUTH DIAZ,<br><br>*Defendant.* | CASE NO. 6:19-CV-00065<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915. Section 1915(e)(2) provides that a "court shall dismiss the case [proceeding *in forma pauperis*] at any time if the court determines that . . . the action or appeal is frivolous . . . ." Plaintiff's action is frivolous, and so the case will be dismissed.

Plaintiff's claim alleges no discernible right based in state law, federal law, or any manner of law. The harm alleged by Plaintiff and whom Plaintiff identifies as the Defendant causing such harm are both uncertain. Even construing this *pro se* complaint liberally, it does not contain "enough facts to state a claim to relief that is plausible on its face." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007); *id.* at 555 ("[A] plaintiff's obligation to provide the 'grounds' of his entitle[ment] to relief requires more than labels and conclusions . . . ." (citations omitted)).

Plaintiff's application to proceed *in forma pauperis* is **GRANTED**, but her action is **DISMISSED** as frivolous. The Clerk of the Court is directed to strike this action from the active docket. The Clerk of the Court is also directed to send a certified copy of this Order to Plaintiff.

Entered this 20th day of September, 2019.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE